**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TENIYA BOOKER,<br><br>              Plaintiff,<br><br>   v.<br><br>STARK CARPET CORP.,<br><br>              Defendant. | Civil Action No. 1:25-cv-03075 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.      Whereas Plaintiff Teniya Booker filed the above-referenced case against Defendant Stark Carpet Corp., on March 24, 2025.

2.      Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.      Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: June 3, 2025              Respectfully Submitted,

                                   */s/ Benjamin Sweet*
                                     Benjamin J. Sweet
                                     ben@nshmlaw.com
                                     **NYE, STIRLING, HALE, MILLER, &
                                     SWEET LLP**
                                     101 Pennsylvania Boulevard, Suite 2
                                     Pittsburgh, PA 15228

                                     *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 3rd day of June, 2025.

    /s/ Benjamin J. Sweet
      Benjamin J. Sweet